

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00648-CV

**IN THE INTEREST OF S.R.W.**, a Child

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-01236
Honorable Charles E. Montemayor, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's order terminating the parental rights of N.W. and H.W. is AFFIRMED. We ORDER that no costs be assessed against appellants in relation to this appeal because they are presumed indigent under Texas Family Code section 107.013(e).

SIGNED March 8, 2023.

_____
Rebeca C. Martinez, Chief Justice